UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

National Appellate Clinic, LLC, *et al.*,

                Plaintiffs,

v.

Heidi Washington, *et al.*,

                Defendants.

_____/

Case No. 23-cv-10203

Judith E. Levy
United States District Judge

Mag. Judge Kimberly G. Altman

## ORDER STRIKING PLAINTIFFS' COMPLAINT [1]

On January 26, 2023, Plaintiffs National Appellate Clinic, LLC and Jeffrey Strichartz filed a complaint in this case alleging constitutional violations. (ECF No. 1.) Plaintiffs are represented by counsel. Plaintiffs' complaint is unsigned and is therefore not in compliance with Federal Rule of Civil Procedure 11(a)'s signature requirement.[1] Accordingly, Plaintiffs' complaint is stricken. Plaintiffs may refile the complaint once it is signed by their attorney.

---

[1] Federal Rule of Civil Procedure 11(a) provides in relevant part that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name . . . ." Fed. R. Civ. P. 11(a).

IT IS SO ORDERED.

Dated: January 31, 2023　　　　　s/Judith E. Levy
　　　Ann Arbor, Michigan　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 31, 2023.

　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　Case Manager