UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONAL APPELLATE CLINIC, LLC, and
JEFFREY STRICHARTZ

    Plaintiffs,                         Case No. 5:23-cv-10203
                                         Hon. Judith E. Levy

v.

DIRECTOR HEIDI WASHINGTON,
WARDEN DEWAYNE BURTON,
WARDEN NOAH NAGY,
WARDEN MATT MACAULEY,
WARDEN GEORGE STEPHENSON,
DIANE SUPPES,
JAQUINE CASTILLO,
RICHARD BROKAW,
CHAD BATTLE,
MAILROOM STAFF ELLEN KALTZ,
FACILTY MANAGER FRANK KONIECZKI,
JARED WARNER, MONA GOLSON,
PRISON COUNSELOR VANESSA HINOJOSA,
MAIL ROOM STAFF BRENDA SIMPSON,
PRISON COUNSELOR MONA STROBE,
JPAY, NORMA KILLOUGH,
LITIGATION MANAGER OFFICE OF LEGAL
AFFAIRS BRANDON WADDELL,
STEVE R. KARBER, MAILROOM STAFF P. DICKSON,
RONDA MCGUIRE, DEAN POTILA
    Defendants.
_____/

**NOTICE OF DISMISSAL**

Plaintiff is voluntarily dismissing this action against MDOC, et al., pursuant to MCR 2.504(A)(1)(a). No answer has been served and no responsive motion has been filed pursuant to MCR 2.116.

1

Dated: March 13, 2023                              Respectfully submitted,


/s/ *Rejanae M. Thurman*
Rejanae M. Thurman (Brooks) (P85701)
Attorney for Plaintiffs
23077 Greenfield Rd Ste 455 PMB 1073
Southfield, MI 48075

2